UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RAY YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | Case No.:   2:24-cv-03283-DJC-JDP<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  November 25, 2025          /s/ Daniel J. Calabretta
                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                             UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL